400 A.2d 639

Commonwealth v. Lomax, Appellant.

Submitted March 20, 1978.   Nicholas J. Maiale, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.